[Civil No. 970.]

EZRA C. BARTLETT, Petitioner, v. the DISTRICT COURT of the First Judicial District of the Territory of Arizona in and for the County of Pima, and the HON. JOHN H. CAMPBELL, Judge of said Court, Respondents.

APPLICATION for Writ of Prohibition.

Kingan & Wright, for Petitioner.

May 12, 1906.   Petition for writ of prohibition denied.

---

[Criminal No. 230.]

In the Matter of the Application of HOMER M. DUBOIS for a Writ of Habeas Corpus.

PETITION for Writ of Habeas Corpus.

W. P. Miller, for Petitioner.

Wm. M. Lovell, for Territory.

May 28, 1906.   Petition dismissed.